Thomas B. Kinzler
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile:  (212) 808-7897
E-mail:     tkinzler@kelleydrye.com

*Counsel for Defendant Optionable, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN GLAUBACH, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>OPTIONABLE INC., KEVIN CASSIDY, MARK NORDLICHT, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU,<br><br>                    Defendants. | No. 07 Civ. 4085 (LAK)<br><br>**NOTICE OF APPEARANCE AS COUNSEL ON BEHALF OF DEFENDANT OPTIONABLE, INC.** |

    PLEASE TAKE NOTICE that, effective immediately, the law firm of Kelley Drye & Warren LLP and Thomas B. Kinzler, a member of the firm, admitted to practice in this District and a member in good standing of this Court, will be representing and appearing on behalf of Defendant Optionable, Inc.  Service of all pleadings, papers, and documents required to be served in this action should also be served on Defendant through counsel as follows:

Thomas B. Kinzler
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail:     tkinzler@kelleydrye.com

Dated: June 15, 2007                    Respectfully submitted,

                                              KELLEY DRYE & WARREN LLP

                                              By:         /s/ Thomas B. Kinzler
                                                 Thomas B. Kinzler
                                                 Kelley Drye & Warren LLP
                                                 101 Park Avenue
                                                 New York, NY 10178
                                                 Telephone: (212) 808-7800
                                                 Facsimile: (212) 808-7897
                                                 E-mail:     tkinzler@kelleydrye.com

                                              *Counsel for Defendant Optionable, Inc.*

NY01/POSCC/1217635.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN GLAUBACH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>OPTIONABLE INC., KEVIN CASSIDY, MARK NORDLICHT, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU,<br><br>Defendants. | No. 07 Civ. 4085 (LAK)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 15, 2007, a copy of the foregoing Notice of Appearance as Counsel on Behalf of Defendant Optionable, Inc. was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

KELLEY DRYE & WARREN LLP

By: /s/ Thomas B. Kinzler
Thomas B. Kinzler
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
E-mail: tkinzler@kelleydrye.com

*Counsel for Defendant Optionable, Inc.*

NY01/POSCC/1217635.1