Mark S. Gregory
Kelley Drye & Warren LLP
400 Atlantic Street
Stamford, CT 06901
Telephone: (203) 324-1400
Facsimile:  (203) 327-2669
E-mail:     mgregory@kelleydrye.com

*Counsel for Defendant Optionable, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN GLAUBACH, Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>vs.<br><br>OPTIONABLE INC., KEVIN CASSIDY, MARK NORDLICHT, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU,<br><br>           Defendants. | No. 07 Civ. 4085 (LAK)<br><br>**NOTICE OF APPEARANCE AS COUNSEL ON BEHALF OF DEFENDANT OPTIONABLE, INC.** |

PLEASE TAKE NOTICE that, effective immediately, the law firm of Kelley Drye & Warren LLP and Mark S. Gregory, a member of the firm, admitted to practice in this District and a member in good standing of this Court, will be representing and appearing on behalf of Defendant Optionable, Inc.  Service of all pleadings, papers, and documents required to be served in this action should also be served on Defendant through counsel as follows:

NY01/POSCC/1217628.1

        Mark S. Gregory
        Kelley Drye & Warren LLP
        400 Atlantic Street
        Stamford, CT 06901
        Telephone: (203) 324-1400
        Facsimile: (203) 327-2669
        E-mail:    mgregory@kelleydrye.com

Dated: June 15, 2007        Respectfully submitted,

        KELLEY DRYE & WARREN LLP

        By:    /s/ Mark S. Gregory
        Mark S. Gregory
        400 Atlantic Street
        Stamford, CT 06901
        Telephone: (203) 324-1400
        Facsimile: (203) 327-2669
        E-mail:    mgregory@kelleydrye.com

        *Counsel for Defendant Optionable, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN GLAUBACH, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>OPTIONABLE INC., KEVIN CASSIDY, MARK NORDLICHT, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU,<br><br>　　　　　　　　　　Defendants. | No. 07 Civ. 4085 (LAK)<br><br>**CERTIFICATE OF SERVICE** |

　　　　　I hereby certify that on June 15, 2007, a copy of the foregoing Notice of Appearance as Counsel on Behalf of Defendant Optionable, Inc. was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　　　　KELLEY DRYE & WARREN LLP


　　　　　　　　　　　　　　　By:　　　　/s/ Mark S. Gregory
　　　　　　　　　　　　　　　　　Mark S. Gregory
　　　　　　　　　　　　　　　　　400 Atlantic Street
　　　　　　　　　　　　　　　　　Stamford, CT 06901
　　　　　　　　　　　　　　　　　Telephone: (203) 324-1400
　　　　　　　　　　　　　　　　　Facsimile:  (203) 327-2669
　　　　　　　　　　　　　　　　　E-mail:　　mgregory@kelleydrye.com

　　　　　　　　　　　　　　　*Counsel for Defendant Optionable, Inc.*