UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN GLAUBACH, Individually and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OPTIONABLE, INC., KEVIN CASSIDY, MARK NORDLICHT, EDWARD J. O'CONNOR, ALBERT HELMIG, and MARC-ANDRE BOISSEAU,<br><br>　　　　Defendants. | Case No. 07-CV-4085 (LAK)<br><br>**ECF Case** |

## NOTICE OF APPEARANCE

Connell Foley LLP hereby appears as counsel for **Defendant Albert Helmig**, and requests that service of all pleadings and papers be made upon such firm, through the undersigned counsel.

Dated:  New York, New York
　　　　June 18, 2007

　　　　　　　　　　　　　　　　　　CONNELL FOLEY LLP

　　　　　　　　　　　　　　　　　　By:＿＿*/s/ Peter J. Pizzi*＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　Peter J. Pizzi
　　　　　　　　　　　　　　　　　　888 Seventh Avenue
　　　　　　　　　　　　　　　　　　New York, NY  10106
　　　　　　　　　　　　　　　　　　Telephone: (212) 262-2390
　　　　　　　　　　　　　　　　　　Facsimile:  (212) 262-3118

　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　Albert Helmig

1844323-01