# EXHIBIT B

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

I, Marc Heinbrough, ("Plaintiff") declare, as to the claims asserted under the federal securities laws, that:

1. I am the plaintiff in the Complaint, and make this certification pursuant to Section 101 of the Private Securities Litigation Reform Act of 1995, and as required by Section 21D(a)(2) of Title I of the Securities Exchange Act of 1934.

2. I have reviewed the foregoing complaint filed on my behalf and on behalf of all others similarly situated, and I authorized its filing.

3. I did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action arising under Title I of the Securities Exchange Act of 1934.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. The following are all my transactions in Optionable, Inc. common stock that are the subject of this action during the Class Period specified in the Complaint:

| No. Of Sh. Purchased | Price Per Share | Date | No. Of Sh. Sold | Price Per Share | Date |
|---|---|---|---|---|---|
| See attached | | | | | |

Total number of shares held at the start of the Class Period: 0

SPECTOR, ROSEMAN & KODROFF, P.C.

6. As of the date of this Certification, I have sought to serve as a representative party on behalf of a class under Title I of the Securities Exchange Act of 1934 for the following:

(Please indicate any other class action cases in which you are or have been involved in during the prior three years.)

*None*

7. I agree not to accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

8. I make this Certification without waiver of any applicable privileges and without waiver of any right to challenge the necessity for, or the constitutionality of, this Certification, or to object to the filing of this Certification on any ground whatsoever.

I declare under penalty of perjury that the matters stated in this Certification are true to the best of my knowledge, information and belief.

Executed this _10_ day of the month of July, 2007.

*Marc Hembrough*
Marc Hembrough

SPECTOR, ROSEMAN & KODROFF, P.C.

## Account - Activity History

P3MGPFRA   HEMBROUCHM - 3ML097630   07/09/2007 11:06:21
Name of IP: MARC A. HEMBROUGH

## Account Summary Values

| | | | | | |
|---|---|---|---|---|---|
| LMV: | 903,309.35 | Net Bal: | -6,645.39 | Total Equity: | 909,954.74 |
| SMV: | 0.00 | Cash Avail: | 241,993.72 | MMF: | 108,470.39 |
| Tec: | 0.00 | Tdy Fed Call: | 0.00 | PCF: | 169.14 |

## History as of 07/06/2007

| # | Date | Activity | Type | Symbol/Cusip | Buy/Sell | Quantity | Price | Comm/Sale Cr | Fees | Base Net Amt | Principal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/11/2007 | Sell -2,490.00 shares of OPBL at 1.01 | N/A | OPBL | Sell | -2,490.00 | 1.01 | 6.47 | 0.06 | -2,508.37 | -2,514.90 |
| 2 | 05/11/2007 | Sell -10.00 shares of OPBL at 1.019 | N/A | OPBL | Sell | -10.00 | 1.019 | 0.02 | 0.00 | -10.17 | -10.19 |
| 3 | 05/11/2007 | Sell -1,000.00 shares of OPBL at 1.01 | N/A | OPBL | Sell | -1,000.00 | 1.01 | 2.60 | 0.01 | -1,007.39 | -1,010.00 |
| 4 | 05/11/2007 | Sell -1,000.00 shares of OPBL at 1.01 | N/A | OPBL | Sell | -1,000.00 | 1.01 | 2.60 | 0.01 | -1,007.39 | -1,010.00 |
| 5 | 05/11/2007 | Sell -500.00 shares of OPBL at 1.01 | N/A | OPBL | Sell | -500.00 | 1.01 | 1.30 | 4.00 | -499.70 | -505.00 |
| 6 | 05/03/2007 | Sell -5,000.00 shares of OPBL at 4.50 | N/A | OPBL | Sell | -5,000.00 | 4.50 | 13.00 | 4.35 | -22,482.65 | -22,500.00 |
| 7 | 04/27/2007 | Buy 4,000.00 shares of OPBL at 6.00 | N/A | OPBL | Buy | 4,000.00 | 6.00 | 5.20 | 0.00 | 24,005.20 | 24,000.00 |
| 8 | 04/27/2007 | Buy 500.00 shares of OPBL at 5.99 | N/A | OPBL | Buy | 500.00 | 5.99 | 0.65 | 0.00 | 2,995.65 | 2,995.00 |
| 9 | 04/27/2007 | Buy 500.00 shares of OPBL at 6.00 | N/A | OPBL | Buy | 500.00 | 6.00 | 0.65 | 0.00 | 3,000.65 | 3,000.00 |
| 10 | 04/27/2007 | Buy 5,000.00 shares of OPBL at 6.36 | N/A | OPBL | Buy | 5,000.00 | 6.36 | 6.50 | 4.00 | 31,810.50 | 31,800.00 |

| # | Interest | Acct Type | Security Description | ISIN | Trans Curr | Trans Net Amount |
|---|---|---|---|---|---|---|
| 1 | 0.00 | Cash | OPTIONABLE INC COM | US6840061096 | USD | -2,508.37 |
| 2 | 0.00 | Cash | OPTIONABLE INC COM | US6840061096 | USD | -10.17 |
| 3 | 0.00 | Cash | OPTIONABLE INC COM | US6840061096 | USD | -1,007.39 |
| 4 | 0.00 | Cash | OPTIONABLE INC COM | US6840061096 | USD | -1,007.39 |
| 5 | 0.00 | Cash | OPTIONABLE INC COM | US6840061096 | USD | -499.70 |
| 6 | 0.00 | Cash | OPTIONABLE INC COM | US6840061096 | USD | -22,482.65 |
| 7 | 0.00 | Cash | OPTIONABLE INC COM | US6840061096 | USD | 24,005.20 |
| 8 | 0.00 | Cash | OPTIONABLE INC COM | US6840061096 | USD | 2,995.65 |
| 9 | 0.00 | Cash | OPTIONABLE INC COM | US6840061096 | USD | 3,000.65 |
| 10 | 0.00 | Cash | OPTIONABLE INC COM | US6840061096 | USD | 31,810.50 |

This report is a service from your Investment Professional, not a substitute for your account statements and confirmations. This report is prepared as of trade date rather than settlement date and may be prepared on a different date than your statement. This report uses information from sources that Pershing believes to be reliable, but Pershing cannot guarantee the accuracy of this information or the reliability of these sources. If you find discrepancies in this report, please contact your Investment Professional.

© 2006 NetExchange Pro. All Rights Reserved.

# PHILADELPHIA INVESTMENT BANKING COMPANY

Optionable, Inc.
SUMMARY OF PLAINTIFF DAMAGES
PRELIMINARY ANALYSIS
7/10/2007

Class Period
9/27/05-5/14/07

| | | |
|---|---|---|
| Total Damages | $34,244.91 | |
| Total Damaged Shares | 10,000 | |

| Plaintiff | Shares | Damage Amount |
|---|---|---|
| Hemborough, Marc | 10000 | 34244.91 |

P.O. BOX 209, ONE ALDWYN CENTER, VILLANOVA, PA 19085-0209
PHONE (610) 527-5346 / FAX (610) 527-1629 / email: pibc@pibc.net