## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Jagdish Patel, make this declaration pursuant to the federal securities laws.

1. I seek to serve as plaintiff in the foregoing complaint (the "Complaint").

2. I have reviewed the Complaint and authorize its filing.

3. I did not purchase stock in Optionable, Inc. ("Optionable" or the "Company") at the direction of my counsel in order to participate in any private action arising under the securities laws.

4. I am willing to serve as a lead plaintiff either individually or as a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial, if necessary.

5. During the three year period preceding the date of my signing this Certification, I have not served nor sought to serve as a representative party on behalf of a class, except (if any):

6. My transactions in Optionable stock are as follows:

| Trade Date | No. of Shares | Price Per Share (Avg) | Buy or Sell |
|---|---|---|---|
| 5/9/07 | 46000 | $3.595 | Buy |
| | | | |
| | | | |

Please attach additional pages if necessary.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the pro rata share of any possible recovery, plus reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as approved by the Court.

I declare under penalty of perjury this 15 day of May 2007, that the foregoing is true and correct.

_____
Signature

Address:

Phone:
Email:

Accounts & Trade > Portfolio > Positions >

# View Lots

Help/Glossary

**Account:** TRADITIONAL IRA (349572446)

**Position**

As of: 05/25/07

| Symbol | Description | Quantity | Closing Mkt Value | Cost | Net Change | Net Change % |
|---|---|---|---|---|---|---|
| OPBL | OPTIONABLE INC | 46,000.0000 | $19,550.00 | $164,468.20 | -$144,918.20 | -88.11% |

**Open Lots**

The information below is a summary of your open tax lots as of the prior business day's close.

| Date Acquired | Quantity | Cost per Share | Closing Mkt Value | Cost | Net Change |
|---|---|---|---|---|---|
| 05/04/2007 | 500.0000 | $4.17 | $212.50 | $2,082.50 | -$1,870.00 |
| 05/04/2007 | 1,000.0000 | $4.10 | $425.00 | $4,100.95 | -$3,675.95 |
| 05/04/2007 | 1,500.0000 | $4.13 | $637.50 | $6,202.50 | -$5,565.00 |
| 05/04/2007 | 2,000.0000 | $4.12 | $850.00 | $8,245.95 | -$7,395.95 |
| 05/04/2007 | 7,000.0000 | $4.20 | $2,975.00 | $29,365.00 | -$26,390.00 |
| 05/04/2007 | 14,000.0000 | $4.02 | $5,950.00 | $56,345.95 | -$50,395.95 |
| 05/09/2007 | 500.0000 | $2.96 | $212.50 | $1,480.95 | -$1,268.45 |
| 05/09/2007 | 1,000.0000 | $2.72 | $425.00 | $2,720.95 | -$2,295.95 |
| 05/09/2007 | 18,500.0000 | $2.91 | $7,862.50 | $53,923.45 | -$46,060.95 |

Fidelity provides Cost and associated Net Change ($ and %) information to you as a courtesy service. Retirement account Cost and associated Net Change information should not be used for tax-reporting purposes. Such information is provided to help you estimate and track the change in market value of each position relative to your investments in the security (not including reinvestments of dividends or capital gains). Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of your use of, or any position taken in reliance upon the Cost information provided herein. Unless otherwise specified, for all securities, Fidelity determines cost at the time of sale using a first-in, first-out (FIFO) methodology.

Fidelity's cost basis information system has a cumulative lifetime limit on how much activity it can track for each individual security position in an account. It can track a minimum of approximately 1500 events for each security position. For this purpose, each buy, sell, dividend, wash sale disallowed loss, stock split, stock merger, etc, is an event. Cost basis information related to events beyond that limit will need to be tracked by the investor. Of course, investors will continue to receive confirms and account statements reflecting current transactions in their account. Contact your Fidelity representative for more details.



Smart move.

Copyright 199{

Terms of Use  Privacy

https://accounts.fidelity.com/ftgw/fbc/ofaccounts/openLots?ACCOUNT=349572446&QU...    5/25/2007

## CERTIFICATION OF NAMED PLAINTIFF

I, Ramesh J. Gulati, as Managing Partner of Gulati Family Limited Partnership II, ("GFLP") hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the complaint (the "Complaint") and GFLP would be willing to serve as a lead plaintiff on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial, if necessary.

2. GFLP did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

3. GFLP's transactions in the securities of Optionable, Inc. during the Class Period defined in the Complaint are set forth on Schedule A attached hereto.

4. During the three years prior to the date of this Certification, GFLP has not sought to serve, nor has it served, as a representative party on behalf of a class in any private action arising under the federal securities laws.

5. GFLP will not accept any payment for serving as a representative party on behalf of the Class beyond its pro rata share of any possible recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __9__ day of ~~June~~ July, 2007.

Ramesh J. Gulati
Managing Partner,
Gulati Family Limited Partnership II

## SCHEDULE A - TRANSACTIONS IN OPTIONABLE

### Purchases of Optionable

| Date | Transaction | Price per share |
|---|---|---|
| 1/23/2007 | 1,000 | $5.44 |
| 1/23/2007 | 500 | $5.43 |
| 1/23/2007 | 1,500 | $5.01 |
| 1/24/2007 | 5,000 | $6.09 |
| 1/25/2007 | 2,000 | $6.10 |
| 2/5/2007 | 2,000 | $6.11 |
| 3/7/2007 | 5,000 | $6.55 |
| 3/12/2007 | 5,000 | $6.29 |
| 3/16/2007 | 5,000 | $5.96 |
| 4/27/2007 | 5,000 | $5.69 |
| 5/1/2007 | 200 | $5.33 |
| 5/1/2007 | 4,800 | $5.38 |
| 5/3/2007 | 200 | $4.03 |
| 5/3/2007 | 4,800 | $4.00 |

### Sales of Optionable

| Date | Transaction | Price per share |
|---|---|---|

## CERTIFICATION OF NAMED PLAINTIFF

I, Geraldine Gulati, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the complaint (the "Complaint") and would be willing to serve as a lead plaintiff on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial, if necessary.

2. I did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

3. My transactions in the securities of Optionable, Inc. during the Class Period defined in the Complaint are set forth on Schedule A attached hereto.

4. During the three years prior to the date of this Certification, I have not sought to serve, nor have I served, as a representative party on behalf of a class in any private action arising under the federal securities laws.

5. I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any possible recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of June, 2007.

Geraldine Gulati

## Purchases of Optionable

| Date | Transaction | Price per share |
|---|---|---|
| 2/22/2007 | 200 | $7.00 |
| 2/22/2007 | 4,800 | $6.99 |
| 2/22/2007 | 5,000 | $7.26 |
| 3/12/2007 | 5,000 | $6.41 |
| 4/27/2007 | 5,000 | $5.76 |
| 5/1/2007 | 5,000 | $5.17 |
| 5/3/2007 | 5,000 | $4.01 |

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Robert + RoSAnne Leoni, make this declaration pursuant to the federal securities laws.

1. I seek to serve as plaintiff in the foregoing complaint (the "Complaint").

2. I have reviewed the Complaint and authorize its filing.

3. I did not purchase stock in Optionable, Inc. ("Optionable" or the "Company") at the direction of my counsel in order to participate in any private action arising under the securities laws.

4. I am willing to serve as a lead plaintiff either individually or as a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial, if necessary.

5. During the three year period preceding the date of my signing this Certification, I have not served nor sought to serve as a representative party on behalf of a class, except (if any):

6. My transactions in Optionable stock are as follows:

See Attachment ↓

| Trade Date | No. of Shares | Price Per Share | Buy or Sell |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Please attach additional pages if necessary.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the pro rata share of any possible recovery, plus reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as approved by the Court.

I declare under penalty of perjury this __14__ day of __MAY__ 2007, that the foregoing is true and correct.

_____
Signature

Address:

Phone:
Email:

| Bought | Date | Shares | Price per Share | Cost |
|---|---|---|---|---|
| JPBL | 2-1 to 2-26-07 | 313,802 | 6.05 to 8.85 | $ 2,240,180.00 |
| JPBL | 5-11-07 | 7,839 | 1.00 | 7,848.99 |
|  |  |  | Total Cost → | $ 2,248,028.90 |

| Sold | Date | Shares | Price per Share | Sales |
|---|---|---|---|---|
| JPBL | 4-10-07 | 2,000 | 7.45 | $ 14,889.78 |
| JPBL | 5-2-07 | 60,000 | 5.02 to 5.88 | 305,582.52 |
| JPBL | 5-11-07 | 10,000 | 0.786 | 7,849.88 |
| JPBL | 5-14-07 | 249,641 | 0.765 to 0.80 | 189,375.83 |
|  |  |  | Total Sales → | $ 517,698.01 |

Cost    $ 2,248,028.90
Sales   − 517,698.01
Lost    $ 1,730,330.90