# EXHIBIT A

## PLAINTIFF'S CERTIFICATION

I, (Mr./Ms.) _Hemant Desai_, ("Plaintiff") declare under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1    Plaintiff has reviewed the complaint and authorized the commencement of an action on Plaintiff's behalf.

2    Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action

3    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary

4    Plaintiff's transactions in _Optionable_ of securities during the Class Period specified in the Complaint are as follows (use additional sheet if necessary):

| Date | # of Shares Purchased | # of Shares Sold | Price |
|------|----------------------|------------------|-------|
| Pl. see attached | | | |

5.    During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws. [Or, Plaintiff has served as a class representative in the action(s) listed as follows:]

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _4th_ day of _July_, 2007.    Sign Name: _Hbceo_
Print Name: HEMANT DESAI

**Hemant Desai**

## SCHEDULE A

| Date | Purchase or Sale | Type of Securities | Number of Securities | Price of Securities |
|---|---|---|---|---|
| 3/20/2007 | Purchase | Com Stk | 4,400 | 5.2500 |
| 3/20/2007 | Purchase | Com Stk | 500 | 5.2300 |
| 3/20/2007 | Purchase | Com Stk | 600 | 5.2000 |
| 4/10/2007 | Purchase | Com Stk | 33,000 | 7.5000 |
| 4/10/2007 | Purchase | Com Stk | 3,500 | 7.4600 |
| 4/10/2007 | Purchase | Com Stk | 3,500 | 7.4500 |
| 4/27/2007 | Purchase | Com Stk | 10,000 | 5.9900 |
| 5/9/2007 | Purchase | Com Stk | 98,600 | 3.0399 |
| 5/9/2007 | Purchase | Com Stk | 1,400 | 2.9000 |
| 5/11/2007 | Purchase | Com Stk | 50,000 | 1.1900 |
| 5/11/2007 | Purchase | Com Stk | 50,000 | 1.1850 |
| | | | | |
| 5/10/2007 | Sale | Com Stk | 11,350 | 1.1930 |
| 5/10/2007 | Sale | Com Stk | 11,500 | 1.1830 |
| 5/10/2007 | Sale | Com Stk | 2,500 | 1.1630 |
| 5/10/2007 | Sale | Com Stk | 15,500 | 1.1430 |
| 5/10/2007 | Sale | Com Stk | 10,350 | 1.1380 |
| 5/10/2007 | Sale | Com Stk | 42,223 | 1.1330 |
| 5/10/2007 | Sale | Com Stk | 8,300 | 1.1280 |
| 5/10/2007 | Sale | Com Stk | 41,277 | 1.1230 |
| 5/10/2007 | Sale | Com Stk | 12,500 | 1.1130 |
| 5/14/2007 | Sale | Com Stk | 5,000 | 0.6570 |
| 5/14/2007 | Sale | Com Stk | 2,000 | 0.6505 |
| 5/14/2007 | Sale | Com Stk | 2,500 | 0.6480 |
| 5/14/2007 | Sale | Com Stk | 5,000 | 0.6455 |
| 5/14/2007 | Sale | Com Stk | 6,000 | 0.6430 |
| 5/14/2007 | Sale | Com Stk | 60,587 | 0.6330 |
| 5/14/2007 | Sale | Com Stk | 5,000 | 0.6230 |
| 5/14/2007 | Sale | Com Stk | 5,000 | 0.6130 |
| 5/14/2007 | Sale | Com Stk | 3,700 | 0.5930 |
| 5/14/2007 | Sale | Com Stk | 5,213 | 0.5680 |

## PLAINTIFF'S CERTIFICATION

I, (Mr./Ms.) N Y Drhgs Sre , ("Plaintiff") declare under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1.    Plaintiff has reviewed the complaint and authorized the commencement of an action on Plaintiff's behalf.

2.    Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff's transactions in ___Ophicnable___ of securities during the Class Period specified in the Complaint are as follows (use additional sheet if necessary):

| Date | # of Shares Purchased | # of Shares Sold | Price |
|---|---|---|---|
| Pl see attached | | | |

5.    During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws. [Or, Plaintiff has served as a class representative in the action(s) listed as follows:]

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of July , 2007.    Sign Name: _____

Print Name: Sunil Desai' for CVP) NY Drugs MC.

**NY Drugs Inc.**

## SCHEDULE A

| Date | Purchase or Sale | Type of Securities | Number of Securities | Price of Securities |
|---|---|---|---|---|
| 5/9/2007 | Purchase | Com Stk | 21,500 | 3.0048 |
| 5/9/2007 | Purchase | Com Stk | 27,400 | 3.0830 |
| 5/9/2007 | Purchase | Com Stk | 151,100 | 3.1291 |
| 5/10/2007 | Sale | Com Stk | 40,700 | 1.1433 |
| 5/10/2007 | Sale | Com Stk | 47,027 | 1.0000 |
| 5/14/2007 | Sale | Com Stk | 100,000 | 0.5503 |

# EXHIBIT B

Yahoo! My Yahoo! Mail

Search:

Web Search



**YAHOO! FINANCE**

**Sign In**
New User? Sign Up

Finance Home - Help

**marketwire**

**Welcome [Sign In]**

To track stocks & more, Register

## Financial News

Enter symbol(s)

Basic

Get

Symbol Lookup

**Press Release**

Source: Kahn Gauthier Swick, LLC

# INVESTOR ALERT: KGS Announces Initial Filing of Shareholder Class Action Lawsuit Against Optionable, Inc.

Friday May 11, 11:45 pm ET

NEW ORLEANS, LA--(MARKET WIRE)--May 11, 2007 -- Kahn Gauthier Swick, LLC ("KGS") has filed the first class action lawsuit against Optionable, Inc. ("Optionable" or the "Company") (OTC BB:OPBL.OB - News), in the United States District Court for the Southern District of New York, Civil Action No. 07cv3753, on behalf of shareholders who purchased shares of the Company in connection with its Initial Public Offering ("IPO") in or about May 9, 2005, or who purchased shares thereafter in the open market (the "Class Period"). No class has yet been certified in this action.

UNTIL A CLASS IS CERTIFIED, YOU ARE NOT PERSONALLY REPRESENTED BY COUNSEL UNLESS YOU RETAIN AN ATTORNEY.

Optionable and certain of its officers and directors are charged with including, or allowing the inclusion of, materially false and misleading statements in the Registration Statement and Prospectus issued in connection with the IPO, in violation of the Securities Act of 1933.

The Complaint alleges that, unbeknownst to investors, defendants failed to conduct an adequate due diligence investigation into the Company prior to the IPO, and failed to disclose at the time of the IPO that: (1) two of the Company's board members, including Chairman Mark Nordlicht, and its only purported independent director, Albert Helmig, were actually related parties and board members of a company called Platinum Energy; (2) the Company's customer base suffered from greater concentration than previously reported, with Bank of Montreal directly connected to over 80% of revenues, higher than the 20% to 30% reported; and (3) defendants had conspired with Bank of Montreal ("BMO") brokers to provide false trade data that was designed to avoid reporting hundreds of millions of dollars in trading losses -- losses that, if disclosed, would have terminated the BMO trading relationship.

It was only beginning in late April 2007 -- after defendants sold $28.94 million of their own shares to NYMEX Holdings in a private sale -- that investors learned the truth about the Company. On April 30, 2007, BMO's announcement of over $300 million in options-related losses shed light on the magnitude of Optionable's reliance on BMO for a large portion of its revenues. Days later on May 10, 2007, BMO suspended trading through Optionable and announced that its private forensic accountants had discovered that its own brokers -- who by then had been terminated -- had conspired to under-report trading losses, in order to maintain trading and avoid accountability to BMO.

On this news, Optionable's shares collapsed from just under $5.00 per share on April 30, 2007 to just over $1.00 per share on May 10, 2007 -- a decline of almost 80% in two trading days, on huge volume of tens of millions of shares.

If you wish to serve as lead plaintiff in this case, you must move the Court no later than July 10, 2007. Any member of the purported class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. If you would like to discuss your legal rights, you may e-mail or call KGS, without obligation or cost to you. You may contact Managing Partner Lewis Kahn of KGS direct, toll free 1-866-467-1400, ext. 100, or by email at lewis.kahn@kgscounsel.com. To learn more about this case or KGS, you may visit www.kgscounsel.com.

Case 1:07-cv-04085-LAK  Document 09  Filed 07/10/2007  Page 8 of 11

SPECIAL NOTICE: While federal law does not prohibit other lawyers from "announcing" this class action through the issuance of other press releases, KGS is the law firm that researched, investigated, drafted and filed the securities fraud case against Optionable. If you are an Optionable shareholder who decides to contact one of these lawyers, KGS reminds you to fully interview any such lawyer to assure that they thoroughly understand the facts surrounding the substantive claims KGS has filed in Court. It is critically important that interested parties carefully evaluate any other firm that may be competing with KGS to prosecute the Optionable class action. Critical components of a law firm's ability to successfully prosecute this action and obtain a strong recovery for you include its knowledge of applicable federal securities laws, the resources it will dedicate to prosecution of the case, including the number of lawyers the firm has available for the Optionable class action, AND especially the quality of the firm's work.

*Contact:*

```
Contact:

Lewis Kahn
KGS
1-866-467-1400, ext. 100
email: lewis.kahn@kgscounsel.com
```

Source: Kahn Gauthier Swick, LLC

Copyright © 2007 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2007 Marketwire. All rights reserved. All the news releases provided by Marketwire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials is strictly forbidden, including but not limited to, posting, emailing, faxing, archiving in a public database, redistributing via a computer network or in a printed form.

# EXHIBIT C

## OPTIONABLE INC.

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE PRICE | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | |
| Hemant C. Desai | 3/20/2007 | 4,400 | 5.2500 | 23,100.00 | 5/10/2007 | 11,350 | 1.1930 | 13,540.91 | (9,559.09) |
| | 3/20/2007 | 500 | 5.2300 | 2,615.00 | 5/10/2007 | 11,500 | 1.1830 | 13,604.87 | 10,989.87 |
| | 3/20/2007 | 600 | 5.2000 | 3,120.00 | 5/10/2007 | 2,500 | 1.1630 | 2,907.61 | (212.39) |
| | 4/10/2007 | 33,000 | 7.5000 | 247,500.00 | 5/10/2007 | 15,500 | 1.1430 | 17,717.01 | (229,782.99) |
| | 4/10/2007 | 3,500 | 7.4600 | 26,110.00 | 5/10/2007 | 10,350 | 1.1380 | 11,778.63 | (14,331.37) |
| | 4/10/2007 | 3,500 | 7.4500 | 26,075.00 | 5/10/2007 | 42,223 | 1.1330 | 47,840.10 | 21,765.10 |
| | 4/27/2007 | 10,000 | 5.9900 | 59,900.00 | 5/10/2007 | 8,300 | 1.1280 | 9,362.67 | (50,537.33) |
| | 5/9/2007 | 98,600 | 3.0399 | 299,734.14 | 5/10/2007 | 41,277 | 1.1230 | 46,355.46 | (253,378.68) |
| | 5/9/2007 | 1,400 | 2.9000 | 4,060.00 | 5/10/2007 | 12,500 | 1.1130 | 13,912.91 | 9,852.91 |
| | 5/11/2007 | 50,000 | 1.1900 | 59,500.00 | 5/14/2007 | 5,000 | 0.6570 | 3,285.19 | (56,214.81) |
| | 5/11/2007 | 50,000 | 1.1850 | 59,250.00 | 5/14/2007 | 2,000 | 0.6505 | 1,301.07 | (57,948.93) |
| | | | | | 5/14/2007 | 2,500 | 0.6480 | 1,620.09 | 1,620.09 |
| | | | | | 5/14/2007 | 5,000 | 0.6455 | 3,227.70 | 3,227.70 |
| | | | | | 5/14/2007 | 6,000 | 0.6430 | 3,858.24 | 3,858.24 |
| | | | | | 5/14/2007 | 60,587 | 0.6330 | 38,354.03 | 38,354.03 |
| | | | | | 5/14/2007 | 5,000 | 0.6230 | 3,115.20 | 3,115.20 |
| | | | | | 5/14/2007 | 5,000 | 0.6130 | 3,065.20 | 3,065.20 |
| | | | | | 5/14/2007 | 3,700 | 0.5930 | 2,194.23 | 2,194.23 |
| | | | | | 5/14/2007 | 5,213 | 0.5680 | 2,961.20 | 2,961.20 |
| | | 255,500 | | | | 255,500 | | | (570,961.83) |
| NY Drugs Inc. | 5/9/2007 | 21,500 | 3.0048 | 64,604.00 | 5/10/2007 | 40,700 | 1.1433 | 46,531.00 | (18,073.00) |
| | 5/9/2007 | 27,400 | 3.0830 | 84,474.00 | 5/10/2007 | 47,027 | 1.0000 | 47,027.00 | (37,447.00) |
| | 5/9/2007 | 151,100 | 3.1291 | 472,800.00 | 5/14/2007 | 100,000 | 0.5503 | 55,025.00 | (417,775.00) |
| | | | | | RETAINED | 12,273 | 0.41513 | 5,094.89 | 5,094.89 |
| | | 200,000 | | | | 200,000 | | | (468,200.11) |
| TOTAL FOR THE DESAI GROUP | | | | | | | | | (1,039,161.94) |

**CLASS PERIOD: 5/6/05 - 5/14/07, inclusive**

(1) For shares retained at the end of the Class Period, estimated losses are calculated by multiplying those shares by the moving mean average price per share of Optionable Inc. during the 90-days after the end of the Class Period. The price used is $0.41513.